SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SYED HUSSAIN,

Plaintiff,

v.

Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO R. GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director and ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,

Defendants.

No. C 07-1707 EMC

**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** ; ORDER

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite

the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: June 19, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 19, 2007

GERI N. KAHN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: June 26, 2007

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

EDWA[RD M. CHEN]
United [States Magistrate Judge]