1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7

8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | SYED HUSSAIN,                          )
                                            ) No. C 07-1707 EMC
13 |           Plaintiff,                   )
                                            )
14 |      v.                                )
                                            ) **STIPULATION TO EXTEND DATE OF**
15 | Department of Homeland Security, MICHAEL ) **CASE MANAGEMENT CONFERENCE;**
CHERTOFF, Secretary; U.S. Attorney General, ) **AND [P~~ROPO~~SED] ORDER**
16 | ALBERTO R. GONZALES; United States     )
Citizenship and Immigration Services,      )
17 | EMILIO T. GONZALEZ, Director; United States )
Citizenship and Immigration Services, ALFONSO )
18 | AGUILAR, Chief; United States Citizenship and )
Immigration Services, DAVID STILL, District )
19 | Director and ROBERT S. MUELLER, III,    )
Director of Federal Bureau of Investigation, )
20 |                                        )
              Defendants.                   )
21 |                                        )

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to an approximately 45-day

24 | extension of the case management conference in the above-captioned case, in light of the following:

25 |     1. Plaintiff filed an application for naturalization with the United States Citizenship and

26 | Immigration Services (USCIS) on March 26, 2007.

27 |     2. The application is pending with USCIS because USCIS has not received the result of a

28 | required FBI name check.

Stipulation to Extend Date
C07-1707 EMC                        1

1  3.  The USCIS has asked the FBI to expedite the processing of the plaintiff's name check.

2  4.  In light of the reasonable possibility that the FBI will complete the name check and that the USCIS will adjudicate the naturalization application within the next 45 days, the parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for July 11, 2007 to August 22, 2007, at 1:30 p.m.

5.  If this case is not dismissed as moot, the parties will file a joint case management statement 7 days in advance of the re-scheduled case management conference.

Dated: July 2, 2007                    Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       _____/s/_____
                                       EDWARD OLSEN
                                       Assistant United States Attorney
                                       Attorneys for Defendants


Dated: July 2, 2007                    _____/s/_____
                                       GERI N. KAHN
                                       Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:   7/5/07                         _____
                                       EDWARD M. CHEN
                                       United States Magistrate Judge



Stipulation to Extend Date
C07-1707 EMC                                              2