| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
|   | FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SYED HUSSAIN, | ) | |
| | ) | No. C 07-1707 EMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| Department of Homeland Security, MICHAEL | ) | **[PROPOSED] ORDER** |
| CHERTOFF, Secretary; U.S. Attorney General, | ) | |
| ALBERTO R. GONZALES; United States | ) | |
| Citizenship and Immigration Services, | ) | |
| EMILIO T. GONZALEZ, Director; United States | ) | |
| Citizenship and Immigration Services, ALFONSO | ) | |
| AGUILAR, Chief; United States Citizenship and | ) | |
| Immigration Services, DAVID STILL, District | ) | |
| Director and ROBERT S. MUELLER, III, | ) | |
| Director of Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: August 6, 2007                    Respectfully submitted,

2                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
3

4                                                   _____/s/_____
                                                    EDWARD OLSEN
5                                                   Assistant United States Attorney
                                                    Attorneys for Defendants
6

7

8  Dated: August 5, 2007                    _____/s/_____
                                                    GERI N. KAHN
9                                                   Attorney for Plaintiff

10

11

                                         **ORDER**
12
    Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date:    August 7, 2007
                                            _____
16                                          EDWARD M. CHEN
                                            United States Magistrate Judge

*[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*

Stipulation to Dismiss
C07-1707 EMC                                         2